# ALABAMA COURT OF CRIMINAL APPEALS



September 27, 2024

**CR-2024-0260**
Arthur Lee Witherspoon v. State of Alabama (Appeal from Macon Circuit Court: CC-07-100.62)

## <u>NOTICE</u>

You are hereby notified that on September 27, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk